CARLO BUONVIAGGIO, ET AL. v. THE HILLSBOROUGH TOWN-SHIP COMMITTEE, ET AL.

September 6, 1989.

Petition for certification granted.

IN RE THE ADVISORY COMMITTEE ON PROFESSIONAL ETHICS OPINION 608, AS SUPPLEMENTED.

September 6, 1989.

Petitions for review of the Advisory Committee on Professional Ethics Opinion Number 608 entitled, *Attorney for Mortgage Lender Performing Services for Borrower*, is granted.

KAREN A. D'AMICO (BOCKER) v. RONALD LOUIS D'AMICO.

September 11, 1989.

The parties having stipulated to a dismissal of this matter, it is ORDERED that the appeal is dismissed. (See 117 *N.J.* 88).